UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOLIE PEREZ,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No. 2:22-cv-02014-NJK<br><br>**ORDER**<br><br>[Docket No. 20] |

      Pending before the Court is the parties' stipulation for extension of time to file Plaintiff's reply brief. Docket No. 20.

      A request to extend a deadline set by the Federal Rules must be supported by a showing of good cause. Fed. R. Civ. P. 6(b). Plaintiff seeks a seven-day extension to file her reply brief in support of her motion to remand. Docket No. 20 at 1. Plaintiff submits that this extension is necessary because her counsel needs additional time to research the issues presented because of counsel's "heavy hearing and briefing schedule." *Id.* at 1-2. "[A]ttesting that an attorney has overloaded his work obligations such that he cannot comply with established deadlines is not only an insufficient basis to modify case management deadlines, it is cause for alarm." *Williams v. James River Grp. Inc*, __ F. Supp. 3d __, 2022 WL 4181415, *4 (D. Nev. 2022) (internal citations omitted). Plaintiff's submission, therefore, cannot constitute good cause to extend the deadline to file her reply brief. However, as a one-time courtesy to Plaintiff, the Court **GRANTS** the parties' stipulation for an extension of time to file Plaintiff's brief. Docket No. 20. Plaintiff must file her reply brief no later than May 18, 2023.

      IT IS SO ORDERED.

      Dated: May 12, 2023

                                                      _____<br>
                                                      Nancy J. Koppe<br>
                                                      United States Magistrate Judge